## U.S. COURT OF APPEALS FOR THE
## DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of Texas, et al., | No. 25-1096 and 25-1099 |
| Petitioners, | |
| v. | |
| U.S. Environmental Protection Agency and Lee Zeldin, Administrator, | |
| Respondents. | |

## **STATUS REPORT**

EPA submits this status report pursuant to this Court's April 28, 2025 Order. *See* Doc. Nos. 2113300.

These petitions for review challenge EPA's rule, "State Implementation Plan Submittal Deadlines and Implementation Plan Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards," 90 Fed. Reg. 67864 (Jan. 17, 2025) (the "Ozone Rule"). The Ozone Rule does two principal things. First, it provides default deadlines for submission of state implementation plan ("SIP") revisions and implementation of the relevant control requirements that will apply for nonattainment areas reclassified as Moderate, Serious, and Severe under the current and any future ozone National Ambient Air

Quality Standards ("NAAQS") as a result of either failing to attain the standard by the applicable classification attainment date or the EPA granting a voluntary reclassification request. 90 Fed. Reg. at 5651. Second, the Ozone Rule codifies which SIP revisions a State must still submit for the prior classification level for an ozone nonattainment area. *Id.*

On April 23, 2025, EPA filed an unopposed motion to abate this action to provide the Agency with time to brief its new leadership about this case and the underlying Ozone Rule to allow them to decide what action, if any, is necessary. *See* Doc. No. 2112447. The Court granted EPA's motion and directed the Agency to file status reports every 90 days. *See* Doc. No. 2113300.

On June 3, 2025, EPA announced reconsideration of the Ozone Rule. *See* https://www.epa.gov/ground-level-ozone-pollution/ozone-implementation-regulatory-actions. As announced in June, EPA still plans to issue a proposal in the Federal Register soliciting public comments on the reconsideration action. *See id.* On September 15, 2025 EPA updated its public website to announce that the subject of the reconsideration will be the Agency's approach to the effect of reclassification on the elements of an area's prior classification. *See id.*

Submitted on February 23, 2026.

<div style="margin-left:50%">

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General

*/s/ Jeffrey Hughes*
Jeffrey Hughes
U.S. Department of Justice
Environment & Natural Resources
Division
P.O. Box 7611
Washington, D.C. 20044
202.532.3080
jeffrey.hughes@usdoj.gov

</div>